

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 3 2005

CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| CLABORNE J. GALLIEN, SR., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:03-CV-0471-R |
| § | |
| JO ANNE B. BARNHART, § | |
| Commissioner of Social Security § | |
| Administration, § | |
| § | |
| Defendant. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted as the Findings and Conclusions of the Court. Accordingly, the final decision of the Commissioner is affirmed.

Signed this 3 day of Nov., 2005.

_____
JERRY BUCHMEYER
SENIOR UNITED STATES DISTRICT JUDGE